

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Tho Van Tran

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 25-cv-02994-RSH-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons stated on the record at the hearing, the Petition is granted in part. Respondents are ordered to immediately release Petitioner from custody, subject to the conditions of his preexisting Order of Supervision. All remaining relief requested in the Petition is denied. The case is hereby closed.

**Date:**         12/4/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Nyamanjiva

S. Nyamanjiva, Deputy

(

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No. 25-cv-02994-RSH-KSC**

Respondent:

Kristi Noem,
Secretary of the Department of Homeland Security;

Pamela Jo Bondi,
Attorney General;

Todd M. Lyons,
Acting Director, Immigration and Customs Enforcement;

Jesus Rocha,
Acting Field Office Director, San Diego Field Office;

Christopher LaRose,
Warden at Otay Mesa Detention Center;